**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

| In re: | Case No. |
|---|---|
| **Lance C Provo** | **Chapter** 13 |
| **Jennifer S Shaw** | |
| **Debtor(s)** | |

*Please check the appropriate box.*

**For Debtor:**

☐     Payment advices (pay stubs) are attached.

■     No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐     No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

**For Joint Debtor, if applicable:**

■     Payment advices (pay stubs) are attached.

☐     No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐     No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of __18__ sheets, numbered 1 through __18__, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor:     /s/ Lance C Provo            Date: **June 11, 2021**
Signature of Joint Debtor:     /s/ Jennifer S Shaw      Date: **June 11, 2021**

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 05/30/2021 to 06/05/2021 |
| Pay Date | : 06/04/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 06/04/2021 | 1,160.67 | | 165.78 | | 294.24 | | 700.65 |
| Year to Date | | 26,422.51 | | 3,990.81 | | 6,544.38 | | 15,887.32 |

| Taxable Earnings Summary by Earning Code | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 23.64 |
| 1120 | Addl Sales Overtime 1.5 | 351.36 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,160.67** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 880.00 | 13,346.96 |
| 1116 | Addl Sales OT .5 | | | | | | 201.00 | 640.33 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 201.00 | 4,572.65 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,699.73 |
| 1499 | Performance Pay True Up | | | | | | | 4,412.60 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 05/16/2021 -05/22/2021 | 1.55 | | 15.25 | 23.64 | | |
| 1120 | Addl Sales Overtime 1.5 | 05/16/2021 -05/22/2021 | 23.04 | | 15.25 | 351.36 | | |
| 1498 | Performance Pay Advance | 05/16/2021 -05/22/2021 | | | | 171.18 | | |
| 9088 | Total Hrs Paid inc Hol | 05/16/2021 -05/22/2021 | | | 55.25 | | | |
| **Total Taxable Earnings** | | | | | | **1,160.67** | | **26,422.51** |

| Imputed Income & Stock Transactions | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 6.16 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **60.16** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 92.85 | 2,113.80 |
| 2021 | Medical Pre-Tax | | 50.73 | 1,116.06 |
| 2023 | Dental Pre-Tax | | 36.88 | 811.36 |
| 2024 | Vision Pre-Tax | | 3.69 | 81.18 |
| 2030 | Health Savings Account | | 63.25 | 1,391.50 |
| 2040 | AD&D - Employee | | 2.97 | 65.34 |
| 2041 | Spouse AD&D | | 0.87 | 19.14 |
| 2080 | Short Term Disability | | 6.16 | 135.52 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **257.40** | **5,973.45** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 550.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 22.44 |
| 2522 | Child Life | | 0.48 | 10.56 |
| 2523 | Spouse Trm Life | | 6.52 | 143.44 |
| 2560 | LTD | | 3.82 | 84.04 |
| **Total Post Tax Deductions** | | | **36.84** | **810.48** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | |
| Withholding Tax | | 42.85 | 903.55 | 1,177.70 | 20,748.77 |
| EE Social Security Tax | | 61.78 | 996.40 | 1,417.48 | 22,862.57 |
| EE Medicare Tax | | 14.45 | 996.40 | 331.51 | 22,862.57 |
| **State** | Wisconsin | | | | |

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano , TX 75024-0000

| Cost Center | : | Y43611 |
| --- | --- | --- |
| Cost Center Desc | : | SOUTH WISCONSIN ZONE |
| Department | : | 31117956 |
| Location | : | Madison Wi |

| Name | : | Shaw, Jennifer |
| --- | --- | --- |
| Address | : | 3420 Amhurst |
| | | Janesville WI  53546 |
| Personnel ID | : | 71196772 |
| Cost Center | : | Y43611 |
| Payroll Area | : | U1 |

| Payroll Area Desc | : | Weekly Sales |
| --- | --- | --- |
| Payroll Period | : | 05/30/2021 to 06/05/2021 |
| Pay Date | : | 06/04/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
| --- | --- | --- | --- |
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Current | 06/04/2021 | 1,160.67 | | 165.78 | | 294.24 | | 700.65 |
| Year to Date | | 26,422.51 | | 3,990.81 | | 6,544.38 | | 15,887.32 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
| --- | --- | --- | --- | --- | --- |
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | 46.70 | 903.55 | 1,064.12 | 20,748.77 |
| Total Tax Deductions | | 165.78 | | 3,990.81 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200637001 | 700.65 |



**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano, TX 75024-0000**

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 05/23/2021 to 05/29/2021 |
| Pay Date | : 05/28/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/28/2021 | 1,236.34 | | 185.16 | | 300.30 | | 750.88 |
| Year to Date | | 25,261.84 | | 3,825.03 | | 6,250.14 | | 15,186.67 |

| Taxable Earnings Summary by Earning Code | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 34.27 |
| 1120 | Addl Sales Overtime 1.5 | 311.04 |
| 1499 | Performance Pay True Up | 276.54 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,236.34** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 840.00 | 12,732.47 |
| 1116 | Addl Sales OT .5 | | | | | | 185.75 | 616.69 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 185.75 | 4,221.29 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,528.55 |
| 1499 | Performance Pay True Up | | | | | | | 4,412.60 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 04/18/2021 -04/24/2021 | 1.62 | | 13.00- | 21.06- | | |
| 1116 | Addl Sales OT .5 | 04/18/2021 -04/24/2021 | 1.87 | | 13.00 | 24.31 | | |
| 1116 | Addl Sales OT .5 | 04/25/2021 -05/01/2021 | 1.63 | | 12.50- | 20.38- | | |
| 1116 | Addl Sales OT .5 | 04/25/2021 -05/01/2021 | 1.88 | | 12.50 | 23.50 | | |
| 1116 | Addl Sales OT .5 | 05/02/2021 -05/08/2021 | 1.67 | | 11.25- | 18.79- | | |
| 1116 | Addl Sales OT .5 | 05/02/2021 -05/08/2021 | 1.93 | | 11.25 | 21.71 | | |
| 1116 | Addl Sales OT .5 | 05/09/2021 -05/15/2021 | 1.85 | | 13.50 | 24.98 | | |
| 1120 | Addl Sales Overtime 1.5 | 05/09/2021 -05/15/2021 | 23.04 | | 13.50 | 311.04 | | |
| 1499 | Performance Pay True Up | 04/18/2021 -04/24/2021 | | | | 26.34 | | |
| 1499 | Performance Pay True Up | 04/25/2021 -05/01/2021 | | | | 26.34 | | |
| 1499 | Performance Pay True Up | 05/02/2021 -05/08/2021 | | | | 26.34 | | |
| 1499 | Performance Pay True Up | 05/09/2021 -05/15/2021 | | | | 197.52 | | |
| 9088 | Total Hrs Paid inc Hol | 05/09/2021 -05/15/2021 | | | 53.50 | | | |
| **Total Taxable Earnings** | | | | | | **1,236.34** | | **25,261.84** |

| Taxable Earnings by Earning Code by Pay Period | | | |
|---|---|---|---|
| | | Retro Period (Blank is Current Pay Period) | Amount |
| 1116 | Addl Sales OT .5 | 04/18/2021 - 04/24/2021 | 3.25 |
| 1116 | Addl Sales OT .5 | 04/25/2021 - 05/01/2021 | 3.12 |
| 1116 | Addl Sales OT .5 | 05/02/2021 - 05/08/2021 | 2.92 |
| 1116 | Addl Sales OT .5 | 05/09/2021 - 05/15/2021 | 24.98 |
| 1120 | Addl Sales Overtime 1.5 | 05/09/2021 - 05/15/2021 | 311.04 |
| 1499 | Performance Pay True Up | 04/18/2021 - 04/24/2021 | 26.34 |
| 1499 | Performance Pay True Up | 04/25/2021 - 05/01/2021 | 26.34 |
| 1499 | Performance Pay True Up | 05/02/2021 - 05/08/2021 | 26.34 |
| 1499 | Performance Pay True Up | 05/09/2021 - 05/15/2021 | 197.52 |
| 1007 | Performance Base Pay | | 614.49 |
| **Total Taxable Earnings by Earning Code by Pay Period** | | | **1,236.34** | | | | | **54.00** |

| Imputed Income & Stock Transactions | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 5.88 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **59.88** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 98.91 | 2,020.95 |
| 2021 | Medical Pre-Tax | | 50.73 | 1,065.33 |

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 05/23/2021 to 05/29/2021 |
| Pay Date | : 05/28/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/28/2021 | 1,236.34 | | 185.16 | | 300.30 | | 750.88 |
| Year to Date | | 25,261.84 | | 3,825.03 | | 6,250.14 | | 15,186.67 |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2023 | Dental Pre-Tax | | 36.88 | 774.48 |
| 2024 | Vision Pre-Tax | | 3.69 | 77.49 |
| 2030 | Health Savings Account | | 63.25 | 1,328.25 |
| 2040 | AD&D - Employee | | 2.97 | 62.37 |
| 2041 | Spouse AD&D | | 0.87 | 18.27 |
| 2080 | Short Term Disability | | 6.16 | 129.36 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **263.46** | **5,716.05** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 525.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 21.42 |
| 2522 | Child Life | | 0.48 | 10.08 |
| 2523 | Spouse Trm Life | | 6.52 | 136.92 |
| 2560 | LTD | | 3.82 | 80.22 |
| **Total Post Tax Deductions** | | | **36.84** | **773.64** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | **Federal** | | | | |
| Withholding Tax | | 51.20 | 973.16 | 1,134.85 | 19,845.22 |
| EE Social Security Tax | | 66.47 | 1,072.07 | 1,355.70 | 21,866.17 |
| EE Medicare Tax | | 15.55 | 1,072.07 | 317.06 | 21,866.17 |
| **State** | **Wisconsin** | | | | |
| Withholding Tax | | 51.94 | 973.16 | 1,017.42 | 19,845.22 |
| **Total Tax Deductions** | | **185.16** | | **3,825.03** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200634001 | 750.88 |

| | | | |
|---|---|---|---|
| Rolling Frito-Lay Sales, LP<br>7701 Legacy Drive<br>Plano, TX 75024-0000 | | Cost Center :<br>Cost Center Desc :<br>Department :<br>Location : | Y43611<br>SOUTH WISCONSIN ZONE<br>31117956<br>Madison Wi |
| Name : Shaw, Jennifer<br>Address : 3420 Amhurst<br>Janesville WI 53546 | | Payroll Area Desc :<br>Payroll Period :<br>Pay Date : | Weekly Sales<br>05/16/2021 to 05/22/2021<br>05/21/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

Personnel ID : 71196772
Cost Center : Y43611
Payroll Area : U1

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/21/2021 | 1,063.66 | | 141.95 | | 286.48 | | 635.23 |
| Year to Date | | 24,025.50 | | 3,639.87 | | 5,949.84 | | 14,435.79 |

| Taxable Earnings Summary by Earning Code | | |
|---|---|---|
| | | Amount |
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 18.79 |
| 1120 | Addl Sales Overtime 1.5 | 259.20 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,063.66** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 800.00 | 12,117.98 |
| 1116 | Addl Sales OT .5 | | | | | | 172.25 | 582.42 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 172.25 | 3,910.25 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,528.55 |
| 1499 | Performance Pay True Up | | | | | | | 4,136.06 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 05/02/2021 -05/08/2021 | 1.67 | | 11.25 | 18.79 | | |
| 1120 | Addl Sales Overtime 1.5 | 05/02/2021 -05/08/2021 | 23.04 | | 11.25 | 259.20 | | |
| 1498 | Performance Pay Advance | 05/02/2021 -05/08/2021 | | | | 171.18 | | |
| 9088 | Total Hrs Paid inc Hol | 05/02/2021 -05/08/2021 | | | 51.25 | | | |
| **Total Taxable Earnings** | | | | | | **1,063.66** | | **24,025.50** |

| Imputed Income & Stock Transactions | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 5.60 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **59.60** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 85.09 | 1,922.04 |
| 2021 | Medical Pre-Tax | | 50.73 | 1,014.60 |
| 2023 | Dental Pre-Tax | | 36.88 | 737.60 |
| 2024 | Vision Pre-Tax | | 3.69 | 73.80 |
| 2030 | Health Savings Account | | 63.26 | 1,265.20 |
| 2040 | AD&D - Employee | | 2.97 | 59.40 |
| 2041 | Spouse AD&D | | 0.87 | 17.40 |
| 2080 | Short Term Disability | | 6.16 | 123.20 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **249.64** | **5,452.59** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 500.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 20.40 |
| 2522 | Child Life | | 0.48 | 9.60 |
| 2523 | Spouse Trm Life | | 6.52 | 130.40 |
| 2560 | LTD | | 3.82 | 76.40 |
| **Total Post Tax Deductions** | | | **36.84** | **736.80** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | |
| Withholding Tax | | 33.16 | 814.30 | 1,083.65 | 18,872.06 |
| EE Social Security Tax | | 55.76 | 899.39 | 1,289.23 | 20,794.10 |
| EE Medicare Tax | | 13.04 | 899.39 | 301.51 | 20,794.10 |
| **State** | Wisconsin | | | | |

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI  53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 05/16/2021 to 05/22/2021 |
| Pay Date | : 05/21/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/21/2021 | 1,063.66 | | 141.95 | | 286.48 | | 635.23 |
| Year to Date | | 24,025.50 | | 3,639.87 | | 5,949.84 | | 14,435.79 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | 39.99 | 814.30 | 965.48 | 18,872.06 |
| Total Tax Deductions | | 141.95 | | 3,639.87 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200628001 | 635.23 |



| | | |
|---|---|---|
| Rolling Frito-Lay Sales, LP<br>7701 Legacy Drive<br>Plano , TX 75024-0000 | Cost Center<br>Cost Center Desc<br>Department<br>Location | : Y43611<br>: SOUTH WISCONSIN ZONE<br>: 31117956<br>: Madison Wi |

| | | |
|---|---|---|
| Name : Shaw, Jennifer<br>Address : 3420 Amhurst<br>Janesville WI 53546 | Payroll Area Desc<br>Payroll Period<br>Pay Date | : Weekly Sales<br>: 05/09/2021 to 05/15/2021<br>: 05/14/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

Personnel ID : 71196772
Cost Center : Y43611
Payroll Area : U1

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/14/2021 | 1,094.05 | | 149.17 | | 288.91 | | 655.97 |
| Year to Date | | 22,961.84 | | 3,497.92 | | 5,663.36 | | 13,800.56 |

| Taxable Earnings Summary by Earning Code | | |
|---|---|---|
| | | Amount |
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 20.38 |
| 1120 | Addl Sales Overtime 1.5 | 288.00 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,094.05** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 760.00 | 11,503.49 |
| 1116 | Addl Sales OT .5 | | | | | | 161.00 | 563.63 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 161.00 | 3,651.05 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,357.37 |
| 1499 | Performance Pay True Up | | | | | | | 4,136.06 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 04/25/2021 -05/01/2021 | 1.63 | | 12.50 | 20.38 | | |
| 1120 | Addl Sales Overtime 1.5 | 04/25/2021 -05/01/2021 | 23.04 | | 12.50 | 288.00 | | |
| 1498 | Performance Pay Advance | 04/25/2021 -05/01/2021 | | | | 171.18 | | |
| 9088 | Total Hrs Paid inc Hol | 04/25/2021 -05/01/2021 | | | 52.50 | | | |
| **Total Taxable Earnings** | | | | | | **1,094.05** | | **22,961.84** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 5.32 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **59.32** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 87.52 | 1,836.95 |
| 2021 | Medical Pre-Tax | | 50.73 | 963.87 |
| 2023 | Dental Pre-Tax | | 36.88 | 700.72 |
| 2024 | Vision Pre-Tax | | 3.69 | 70.11 |
| 2030 | Health Savings Account | | 63.25 | 1,201.75 |
| 2040 | AD&D - Employee | | 2.97 | 56.43 |
| 2041 | Spouse AD&D | | 0.87 | 16.53 |
| 2080 | Short Term Disability | | 6.16 | 117.04 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **252.07** | **5,202.95** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 475.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 19.38 |
| 2522 | Child Life | | 0.48 | 9.12 |
| 2523 | Spouse Trm Life | | 6.52 | 123.88 |
| 2560 | LTD | | 3.82 | 72.58 |
| **Total Post Tax Deductions** | | | **36.84** | **699.96** |

| Employee Tax Deductions | | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | | Federal | | | | |
| Withholding Tax | | | 35.96 | 842.26 | 1,050.49 | 18,057.76 |
| EE Social Security Tax | | | 57.64 | 929.78 | 1,233.47 | 19,894.71 |
| EE Medicare Tax | | | 13.48 | 929.78 | 288.47 | 19,894.71 |
| **State** | | Wisconsin | | | | |

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| Cost Center | : | Y43611 |
| --- | --- | --- |
| Cost Center Desc | : | SOUTH WISCONSIN ZONE |
| Department | : | 31117956 |
| Location | : | Madison Wi |

| Name | : | Shaw, Jennifer |
| --- | --- | --- |
| Address | : | 3420 Amhurst |
|  |  | Janesville WI  53546 |
| Personnel ID | : | 71196772 |
| Cost Center | : | Y43611 |
| Payroll Area | : | U1 |

| Payroll Area Desc | : | Weekly Sales |
| --- | --- | --- |
| Payroll Period | : | 05/09/2021 to 05/15/2021 |
| Pay Date | : | 05/14/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
| --- | --- | --- | --- |
| FED | Ma. Joint | 00 |  |
| WI | Married | 02 |  |

|  | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Current | 05/14/2021 | 1,094.05 |  | 149.17 |  | 288.91 |  | 655.97 |
| Year to Date |  | 22,961.84 |  | 3,497.92 |  | 5,663.36 |  | 13,800.56 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
| --- | --- | --- | --- | --- | --- |
|  |  | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax |  | 42.09 | 842.26 | 925.49 | 18,057.76 |
| Total Tax Deductions |  | 149.17 |  | 3,497.92 |  |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200625001 | 655.97 |

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 05/02/2021 to 05/08/2021 |
| Pay Date | : 05/07/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/07/2021 | 1,106.25 | | 152.09 | | 289.89 | | 664.27 |
| Year to Date | | 21,867.79 | | 3,348.75 | | 5,374.45 | | 13,144.59 |

| Taxable Earnings Summary by Earning Code | | |
|---|---|---|
| | | Amount |
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 21.06 |
| 1120 | Addl Sales Overtime 1.5 | 299.52 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,106.25** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 720.00 | 10,889.00 |
| 1116 | Addl Sales OT .5 | | | | | | 148.50 | 543.25 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 148.50 | 3,363.05 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,186.19 |
| 1499 | Performance Pay True Up | | | | | | | 4,136.06 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 04/18/2021 -04/24/2021 | 1.62 | | 13.00 | 21.06 | | |
| 1120 | Addl Sales Overtime 1.5 | 04/18/2021 -04/24/2021 | 23.04 | | 13.00 | 299.52 | | |
| 1498 | Performance Pay Advance | 04/18/2021 -04/24/2021 | | | | 171.18 | | |
| 9088 | Total Hrs Paid inc Hol | 04/18/2021 -04/24/2021 | | | 53.00 | | | |
| **Total Taxable Earnings** | | | | | | **1,106.25** | | **21,867.79** |

| Imputed Income & Stock Transactions | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 5.04 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **59.04** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 88.50 | 1,749.43 |
| 2021 | Medical Pre-Tax | | 50.73 | 913.14 |
| 2023 | Dental Pre-Tax | | 36.88 | 663.84 |
| 2024 | Vision Pre-Tax | | 3.69 | 66.42 |
| 2030 | Health Savings Account | | 63.25 | 1,138.50 |
| 2040 | AD&D - Employee | | 2.97 | 53.46 |
| 2041 | Spouse AD&D | | 0.87 | 15.66 |
| 2080 | Short Term Disability | | 6.16 | 110.88 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **253.05** | **4,950.88** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 450.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 18.36 |
| 2522 | Child Life | | 0.48 | 8.64 |
| 2523 | Spouse Trm Life | | 6.52 | 117.36 |
| 2560 | LTD | | 3.82 | 68.76 |
| **Total Post Tax Deductions** | | | **36.84** | **663.12** |

| Employee Tax Deductions | | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | | Federal | | | | |
| Withholding Tax | | | 37.08 | 853.48 | 1,014.53 | 17,215.50 |
| EE Social Security Tax | | | 58.41 | 941.98 | 1,175.83 | 18,964.93 |
| EE Medicare Tax | | | 13.66 | 941.98 | 274.99 | 18,964.93 |
| **State** | | Wisconsin | | | | |

| Rolling Frito-Lay Sales, LP  7701 Legacy Drive  Plano, TX 75024-0000 | | Cost Center | : | Y43611 |
|---|---|---|---|---|
| | | Cost Center Desc | : | SOUTH WISCONSIN ZONE |
| | | Department | : | 31117956 |
| | | Location | : | Madison Wi |

| Name | : | Shaw, Jennifer | Payroll Area Desc | : | Weekly Sales |
|---|---|---|---|---|---|
| Address | : | 3420 Amhurst | Payroll Period | : | 05/02/2021 to 05/08/2021 |
| | | Janesville WI  53546 | Pay Date | : | 05/07/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| Personnel ID | : | 71196772 |
|---|---|---|
| Cost Center | : | Y43611 |
| Payroll Area | : | U1 |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 05/07/2021 | 1,106.25 | | 152.09 | | 289.89 | | 664.27 |
| Year to Date | | 21,867.79 | | 3,348.75 | | 5,374.45 | | 13,144.59 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | 42.94 | 853.48 | 883.40 | 17,215.50 |
| Total Tax Deductions | | 152.09 | | 3,348.75 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200622001 | 664.27 |



**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| Cost Center | : | Y43611 |
| Cost Center Desc | : | SOUTH WISCONSIN ZONE |
| Department | : | 31117956 |
| Location | : | Madison Wi |

| Name | : | Shaw, Jennifer |
| Address | : | 3420 Amhurst |
| | | Janesville WI 53546 |

| Payroll Area Desc | : | Weekly Sales |
| Payroll Period | : | 04/25/2021 to 05/01/2021 |
| Pay Date | : | 04/30/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| Personnel ID | : | 71196772 |
| Cost Center | : | Y43611 |
| Payroll Area | : | U1 |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/30/2021 | 3,414.14 | | 813.79 | | 474.52 | | 2,125.83 |
| Year to Date | | 20,761.54 | | 3,196.66 | | 5,084.56 | | 12,480.32 |

### Taxable Earnings Summary by Earning Code

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 207.23 |
| 1120 | Addl Sales Overtime 1.5 | 241.92 |
| 1499 | Performance Pay True Up | 2,350.50 |
| **Total Taxable Earnings Summary by Earning Code** | | **3,414.14** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 680.00 | 10,274.51 |
| 1116 | Addl Sales OT .5 | | | | | | 135.50 | 522.19 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 135.50 | 3,063.53 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,015.01 |
| 1499 | Performance Pay True Up | | | | | | | 4,136.06 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 03/21/2021 -03/27/2021 | 1.72 | | 9.75- | 16.77- | | |
| 1116 | Addl Sales OT .5 | 03/21/2021 -03/27/2021 | 7.20 | | 9.75 | 70.20 | | |
| 1116 | Addl Sales OT .5 | 03/28/2021 -04/03/2021 | 2.00 | | 2.75- | 5.50- | | |
| 1116 | Addl Sales OT .5 | 03/28/2021 -04/03/2021 | 8.38 | | 2.75 | 23.05 | | |
| 1116 | Addl Sales OT .5 | 04/04/2021 -04/10/2021 | 1.66 | | 11.75- | 19.51- | | |
| 1116 | Addl Sales OT .5 | 04/04/2021 -04/10/2021 | 6.92 | | 11.75 | 81.31 | | |
| 1116 | Addl Sales OT .5 | 04/11/2021 -04/17/2021 | 7.09 | | 10.50 | 74.45 | | |
| 1120 | Addl Sales Overtime 1.5 | 04/11/2021 -04/17/2021 | 23.04 | | 10.50 | 241.92 | | |
| 1499 | Performance Pay True Up | 03/21/2021 -03/27/2021 | | | | 544.83 | | |
| 1499 | Performance Pay True Up | 03/28/2021 -04/03/2021 | | | | 544.83 | | |
| 1499 | Performance Pay True Up | 04/04/2021 -04/10/2021 | | | | 544.83 | | |
| 1499 | Performance Pay True Up | 04/11/2021 -04/17/2021 | | | | 716.01 | | |
| 9088 | Total Hrs Paid inc Hol | 04/11/2021 -04/17/2021 | | | 50.50 | | | |
| **Total Taxable Earnings** | | | | | | **3,414.14** | | **20,761.54** |

### Taxable Earnings by Earning Code by Pay Period

| | | Retro Period (Blank is Current Pay Period) | Amount | |
|---|---|---|---|---|
| 1116 | Addl Sales OT .5 | 03/21/2021 - 03/27/2021 | 53.43 | |
| 1116 | Addl Sales OT .5 | 03/28/2021 - 04/03/2021 | 17.55 | |
| 1116 | Addl Sales OT .5 | 04/04/2021 - 04/10/2021 | 61.80 | |
| 1116 | Addl Sales OT .5 | 04/11/2021 - 04/17/2021 | 74.45 | |
| 1120 | Addl Sales Overtime 1.5 | 04/11/2021 - 04/17/2021 | 241.92 | |
| 1499 | Performance Pay True Up | 03/21/2021 - 03/27/2021 | 544.83 | |
| 1499 | Performance Pay True Up | 03/28/2021 - 04/03/2021 | 544.83 | |
| 1499 | Performance Pay True Up | 04/04/2021 - 04/10/2021 | 544.83 | |
| 1499 | Performance Pay True Up | 04/11/2021 - 04/17/2021 | 716.01 | |
| 1007 | Performance Base Pay | | 614.49 | |
| **Total Taxable Earnings by Earning Code by Pay Period** | | | **3,414.14** | **54.00** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 4.76 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **58.76** |

| Pre Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 273.13 | 1,660.93 |
| 2021 | Medical Pre-Tax | | 50.73 | 862.41 |

| | | |
|---|---|---|
| **Rolling Frito-Lay Sales, LP**<br>7701 Legacy Drive<br>Plano, TX 75024-0000 | Cost Center<br>Cost Center Desc<br>Department<br>Location | : Y43611<br>: SOUTH WISCONSIN ZONE<br>: 31117956<br>: Madison Wi |

| Name | : Shaw, Jennifer |
|---|---|
| Address | : 3420 Amhurst<br>Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| Payroll Area Desc | : Weekly Sales |
|---|---|
| Payroll Period | : 04/25/2021 to 05/01/2021 |
| Pay Date | : 04/30/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/30/2021 | 3,414.14 | | 813.79 | | 474.52 | | 2,125.83 |
| Year to Date | | 20,761.54 | | 3,196.66 | | 5,084.56 | | 12,480.32 |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2023 | Dental Pre-Tax | | 36.88 | 626.96 |
| 2024 | Vision Pre-Tax | | 3.69 | 62.73 |
| 2030 | Health Savings Account | | 63.25 | 1,075.25 |
| 2040 | AD&D - Employee | | 2.97 | 50.49 |
| 2041 | Spouse AD&D | | 0.87 | 14.79 |
| 2080 | Short Term Disability | | 6.16 | 104.72 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **437.68** | **4,697.83** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 425.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 17.34 |
| 2522 | Child Life | | 0.48 | 8.16 |
| 2523 | Spouse Trm Life | | 6.52 | 110.84 |
| 2560 | LTD | | 3.82 | 64.94 |
| **Total Post Tax Deductions** | | | **36.84** | **626.28** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | |
| Withholding Tax | | 385.17 | 2,976.74 | 977.45 | 16,362.02 |
| EE Social Security Tax | | 201.49 | 3,249.87 | 1,117.42 | 18,022.95 |
| EE Medicare Tax | | 47.12 | 3,249.87 | 261.33 | 18,022.95 |
| **State** | Wisconsin | | | | |
| Withholding Tax | | 180.01 | 2,976.74 | 840.46 | 16,362.02 |
| **Total Tax Deductions** | | **813.79** | | **3,196.66** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200619001 | 2,125.83 |

**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 04/18/2021 to 04/24/2021 |
| Pay Date | : 04/23/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/23/2021 | 1,075.90 | | 144.87 | | 287.46 | | 643.57 |
| Year to Date | | 17,347.40 | | 2,382.87 | | 4,610.04 | | 10,354.49 |

| Taxable Earnings Summary by Earning Code | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 19.51 |
| 1120 | Addl Sales Overtime 1.5 | 270.72 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,075.90** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 640.00 | 9,660.02 |
| 1116 | Addl Sales OT .5 | | | | | | 125.00 | 314.96 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 125.00 | 2,821.61 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 2,015.01 |
| 1499 | Performance Pay True Up | | | | | | | 1,785.56 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 04/04/2021 -04/10/2021 | 1.66 | | 11.75 | 19.51 | | |
| 1120 | Addl Sales Overtime 1.5 | 04/04/2021 -04/10/2021 | 23.04 | | 11.75 | 270.72 | | |
| 1498 | Performance Pay Advance | 04/04/2021 -04/10/2021 | | | | 171.18 | | |
| 9088 | Total Hrs Paid inc Hol | 04/04/2021 -04/10/2021 | | | 51.75 | | | |
| **Total Taxable Earnings** | | | | | | **1,075.90** | | **17,347.40** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 4.48 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **58.48** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 86.07 | 1,387.80 |
| 2021 | Medical Pre-Tax | | 50.73 | 811.68 |
| 2023 | Dental Pre-Tax | | 36.88 | 590.08 |
| 2024 | Vision Pre-Tax | | 3.69 | 59.04 |
| 2030 | Health Savings Account | | 63.25 | 1,012.00 |
| 2040 | AD&D - Employee | | 2.97 | 47.52 |
| 2041 | Spouse AD&D | | 0.87 | 13.92 |
| 2080 | Short Term Disability | | 6.16 | 98.56 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **250.62** | **4,260.15** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 400.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 16.32 |
| 2522 | Child Life | | 0.48 | 7.68 |
| 2523 | Spouse Trm Life | | 6.52 | 104.32 |
| 2560 | LTD | | 3.82 | 61.12 |
| **Total Post Tax Deductions** | | | **36.84** | **589.44** |

| Employee Tax Deductions | | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | | Federal | | | | |
| Withholding Tax | | | 34.29 | 825.56 | 592.28 | 13,385.28 |
| EE Social Security Tax | | | 56.52 | 911.63 | 915.93 | 14,773.08 |
| EE Medicare Tax | | | 13.22 | 911.63 | 214.21 | 14,773.08 |
| **State** | | Wisconsin | | | | |

| Rolling Frito-Lay Sales, LP<br>7701 Legacy Drive<br>Plano , TX 75024-0000 | | Cost Center<br>Cost Center Desc<br>Department<br>Location | :<br>:<br>:<br>: | Y43611<br>SOUTH WISCONSIN ZONE<br>31117956<br>Madison Wi | |
|---|---|---|---|---|---|

| Name<br>Address | :<br>: | Shaw, Jennifer<br>3420 Amhurst<br>Janesville WI  53546 |
|---|---|---|

| Payroll Area Desc<br>Payroll Period<br>Pay Date | :<br>:<br>: | Weekly Sales<br>04/18/2021 to 04/24/2021<br>04/23/2021 | |
|---|---|---|---|
| **Tax Authority** | **Filing Status** | **Allowances** | **Addl Amt** |
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| Personnel ID | : | 71196772 |
| Cost Center | : | Y43611 |
| Payroll Area | : | U1 |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/23/2021 | 1,075.90 | | 144.87 | | 287.46 | | 643.57 |
| Year to Date | | 17,347.40 | | 2,382.87 | | 4,610.04 | | 10,354.49 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | 40.84 | 825.56 | 660.45 | 13,385.28 |
| **Total Tax Deductions** | | **144.87** | | **2,382.87** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200613001 | 643.57 |



**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| Name | : Shaw, Jennifer |
|---|---|
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 04/11/2021 to 04/17/2021 |
| Pay Date | : 04/16/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/16/2021 | 854.53 | | 92.24 | | 269.75 | | 492.54 |
| Year to Date | | 16,271.50 | | 2,238.00 | | 4,322.58 | | 9,710.92 |

| Taxable Earnings Summary by Earning Code | | |
|---|---|---|
| | | Amount |
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 5.50 |
| 1120 | Addl Sales Overtime 1.5 | 63.36 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **854.53** |

| Taxable Earnings | | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 | Performance Base Pay | | | | 40.00 | 614.49 | 600.00 | 9,045.53 |
| 1116 | Addl Sales OT .5 | | | | | | 113.25 | 295.45 |
| 1120 | Addl Sales Overtime 1.5 | | | | | | 113.25 | 2,550.89 |
| 1253 | Personal Leave | | | | | | | 250.24 |
| 1498 | Performance Pay Advance | | | | | | | 1,843.83 |
| 1499 | Performance Pay True Up | | | | | | | 1,785.56 |
| 1677 | FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 | Addl Sales OT .5 | 03/28/2021 -04/03/2021 | 2.00 | | 2.75 | 5.50 | | |
| 1120 | Addl Sales Overtime 1.5 | 03/28/2021 -04/03/2021 | 23.04 | | 2.75 | 63.36 | | |
| 1498 | Performance Pay Advance | 03/28/2021 -04/03/2021 | | | | 171.18 | | |
| 9088 | Total Hrs Paid inc Hol | 03/28/2021 -04/03/2021 | | | 42.75 | | | |
| **Total Taxable Earnings** | | | | | | **854.53** | | **16,271.50** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 | Imputed Basic Life | | | | 0.28 | | 4.20 |
| 1920 | Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | | **0.28** | | **58.20** |

| Pre Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2000 | 401(k) Plan 1 | | 68.36 | 1,301.73 |
| 2021 | Medical Pre-Tax | | 50.73 | 760.95 |
| 2023 | Dental Pre-Tax | | 36.88 | 553.20 |
| 2024 | Vision Pre-Tax | | 3.69 | 55.35 |
| 2030 | Health Savings Account | | 63.25 | 948.75 |
| 2040 | AD&D - Employee | | 2.97 | 44.55 |
| 2041 | Spouse AD&D | | 0.87 | 13.05 |
| 2080 | Short Term Disability | | 6.16 | 92.40 |
| 9096 | O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | | **232.91** | **4,009.53** |

| Post Tax Deductions | | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2510 | Stock Purchase Plan | | 25.00 | 375.00 |
| 2521 | Addt'l Emp Life | | 1.02 | 15.30 |
| 2522 | Child Life | | 0.48 | 7.20 |
| 2523 | Spouse Trm Life | | 6.52 | 97.80 |
| 2560 | LTD | | 3.82 | 57.30 |
| **Total Post Tax Deductions** | | | **36.84** | **552.60** |

| Employee Tax Deductions | | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | | Federal | | | | |
| Withholding Tax | | | 13.92 | 621.90 | 557.99 | 12,559.72 |
| EE Social Security Tax | | | 42.80 | 690.26 | 859.41 | 13,861.45 |
| EE Medicare Tax | | | 10.01 | 690.26 | 200.99 | 13,861.45 |
| **State** | | Wisconsin | | | | |

| | | |
|---|---|---|
| **Rolling Frito-Lay Sales, LP**<br>7701 Legacy Drive<br>Plano, TX 75024-0000 | Cost Center<br>Cost Center Desc<br>Department<br>Location | : Y43611<br>: SOUTH WISCONSIN ZONE<br>: 31117956<br>: Madison Wi |

| | | |
|---|---|---|
| **Name** : Shaw, Jennifer<br>**Address** : 3420 Amhurst<br>    Janesville WI  53546<br><br>**Personnel ID** : 71196772<br>**Cost Center** : Y43611<br>**Payroll Area** : U1 | **Payroll Area Desc** : Weekly Sales<br>**Payroll Period** : 04/11/2021 to 04/17/2021<br>**Pay Date** : 04/16/2021 | |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/16/2021 | 854.53 | | 92.24 | | 269.75 | | 492.54 |
| Year to Date | | 16,271.50 | | 2,238.00 | | 4,322.58 | | 9,710.92 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | 25.51 | 621.90 | 619.61 | 12,559.72 |
| **Total Tax Deductions** | | **92.24** | | **2,238.00** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200610001 | 492.54 |



**Rolling Frito-Lay Sales, LP**
7701 Legacy Drive
Plano, TX 75024-0000

| | |
|---|---|
| Cost Center | : Y43611 |
| Cost Center Desc | : SOUTH WISCONSIN ZONE |
| Department | : 31117956 |
| Location | : Madison Wi |

| | |
|---|---|
| Name | : Shaw, Jennifer |
| Address | : 3420 Amhurst |
| | Janesville WI 53546 |
| Personnel ID | : 71196772 |
| Cost Center | : Y43611 |
| Payroll Area | : U1 |

| | |
|---|---|
| Payroll Area Desc | : Weekly Sales |
| Payroll Period | : 04/04/2021 to 04/10/2021 |
| Pay Date | : 04/09/2021 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Joint | 00 | |
| WI | Married | 02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/09/2021 | 1,027.08 | | 133.25 | | 283.56 | | 610.27 |
| Year to Date | | 15,416.97 | | 2,145.76 | | 4,052.83 | | 9,218.38 |

### Taxable Earnings Summary by Earning Code

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 614.49 |
| 1116 | Addl Sales OT .5 | 16.77 |
| 1120 | Addl Sales Overtime 1.5 | 224.64 |
| 1498 | Performance Pay Advance | 171.18 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,027.08** |

| Taxable Earnings | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | Retro Period | Rate | Units | Hours | Amount | Hours | Amount |
| 1007 Performance Base Pay | | | | 40.00 | 614.49 | 560.00 | 8,431.04 |
| 1116 Addl Sales OT .5 | | | | | | 110.50 | 289.95 |
| 1120 Addl Sales Overtime 1.5 | | | | | | 110.50 | 2,487.53 |
| 1253 Personal Leave | | | | | | | 250.24 |
| 1498 Performance Pay Advance | | | | | | | 1,672.65 |
| 1499 Performance Pay True Up | | | | | | | 1,785.56 |
| 1677 FLNA Sales Holiday Pay | | | | | | | 500.00 |
| 1116 Addl Sales OT .5 | 03/21/2021 -03/27/2021 | 1.72 | | 9.75 | 16.77 | | |
| 1120 Addl Sales Overtime 1.5 | 03/21/2021 -03/27/2021 | 23.04 | | 9.75 | 224.64 | | |
| 1498 Performance Pay Advance | 03/21/2021 -03/27/2021 | | | | 171.18 | | |
| 9088 Total Hrs Paid inc Hol | 03/21/2021 -03/27/2021 | | | 49.75 | | | |
| **Total Taxable Earnings** | | | | | **1,027.08** | | **15,416.97** |

| Imputed Income & Stock Transactions | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1922 Imputed Basic Life | | | | 0.28 | | 3.92 |
| 1920 Recognition/service award | | | | | | 54.00 |
| **Total Imputed Income & Stock Transactions** | | | | **0.28** | | **57.92** |

| Pre Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2000 401(k) Plan 1 | | 82.17 | 1,233.37 |
| 2021 Medical Pre-Tax | | 50.73 | 710.22 |
| 2023 Dental Pre-Tax | | 36.88 | 516.32 |
| 2024 Vision Pre-Tax | | 3.69 | 51.66 |
| 2030 Health Savings Account | | 63.25 | 885.50 |
| 2040 AD&D - Employee | | 2.97 | 41.58 |
| 2041 Spouse AD&D | | 0.87 | 12.18 |
| 2080 Short Term Disability | | 6.16 | 86.24 |
| 9096 O/P EXP - Reg 401k | | | 239.55 |
| **Total Pre Tax Deductions** | | **246.72** | **3,776.62** |

| Post Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2510 Stock Purchase Plan | | 25.00 | 350.00 |
| 2521 Addt'l Emp Life | | 1.02 | 14.28 |
| 2522 Child Life | | 0.48 | 6.72 |
| 2523 Spouse Trm Life | | 6.52 | 91.28 |
| 2560 LTD | | 3.82 | 53.48 |
| **Total Post Tax Deductions** | | **36.84** | **515.76** |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | |
| Withholding Tax | | 29.79 | 780.64 | 544.07 | 11,937.82 |
| EE Social Security Tax | | 53.49 | 862.81 | 816.61 | 13,171.19 |
| EE Medicare Tax | | 12.51 | 862.81 | 190.98 | 13,171.19 |
| **State** | Wisconsin | | | | |

| | | |
|---|---|---|
| **Rolling Frito-Lay Sales, LP**<br>7701 Legacy Drive<br>Plano, TX 75024-0000 | Cost Center<br>Cost Center Desc<br>Department<br>Location | : Y43611<br>: SOUTH WISCONSIN ZONE<br>: 31117956<br>: Madison Wi |

| | | | | |
|---|---|---|---|---|
| Name<br>Address | : Shaw, Jennifer<br>: 3420 Amhurst<br>  Janesville WI 53546 | Payroll Area Desc<br>Payroll Period<br>Pay Date | : Weekly Sales<br>: 04/04/2021 to 04/10/2021<br>: 04/09/2021 | |
| | | **Tax Authority** | **Filing Status**    **Allowances** | **Addl Amt** |
| Personnel ID<br>Cost Center<br>Payroll Area | : 71196772<br>: Y43611<br>: U1 | FED<br>WI | Ma. Joint    00<br>Married    02 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 04/09/2021 | 1,027.08 | | 133.25 | | 283.56 | | 610.27 |
| Year to Date | | 15,416.97 | | 2,145.76 | | 4,052.83 | | 9,218.38 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Withholding Tax | | 37.46 | 780.64 | 594.10 | 11,937.82 |
| **Total Tax Deductions** | | 133.25 | | 2,145.76 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 075900575 | ASSOCIATED BANK, N.A. | XXXX6808 | Bank transfer | 7119677200607001 | 610.27 |