# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Lance C Provo & Jennifer S Shaw                       Case #  21-11265

| Debtor Information: | Spouse Information: |
|---|---|
| SS#: XXX-XX-8844 | SS#: XXX-XX-8717 |
| Addr: 3420 Amhurst Rd | Addr: 3420 Amhurst Rd |
| Janesville, WI 53546 | Janesville, WI 53546 |
| County: ROCK | County: ROCK |

Debtor's Attorney:   WADE M. PITTMAN

341 Meeting Date:  07/28/2021       Adjourned 341 Date:

Tape #:  4

Date Filed:       06/11/2021
Schedules Filed:
Plan Filed:       06/11/2021
Amd Plan Filed:   06/11/2021

**Appearances:**
- Debtor: Rec'd DL & SS
- Attorney: wp
- Creditors: Atty Eric Von Helm for WWBIC- business closed? yes.  When? June 5, Any notice to WWBIC? thinks not. Current at time? yes, Secured items?-all at business and all still there.  Values? resale is 50% or less of loan value.  Any arrangements with landlord?  for now ok.  ,

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

A. New Employment: _____

B. New Address: _____

C. Other: UNCLEAR WHAT STATUS OF BUSINESS IS, IF OPERATING NEED BUS BUDGET/QUESTIONNAIRE. - disolving and returning eq

**2. ELIGIBILITY / DEBT ANALYSIS:**

A. Eligible under Section 109(e)?    Y

B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 1,500.00 |
| Unsecured | 384,500.26 |
| Refund | 0.00 |
| Secured | 272,000.00 |
| Case Costs | 0.00 |
| Total Debt | 658,000.26 |

C. Does Debtor have Regular Income?    Y

D. Prior Bankruptcies:   Case Number 06-12974, Chapter 7 filed in Wisconsin Western Bankruptcy Court on 11/15/2006 , Standard Discharge on 03/01/2007; Case Number 12-13013, Chapter 7 filed in Wisconsin Western Bankruptcy Court on 05/21/2012 , Standard Discharge on 09/24/2012; Case Number 01-32966, Chapter 7 filed in Wisconsin Western Bankruptcy Court on 05/17/2001, Standard Discharge on 08/30/2001.

E. DSO's:   Y _____   N _____

F. Tax Returns

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2020 | 60,589.00 | 4,951.00 | | 4,092.00 | | 3,359.00 | 0.00 | 2,500.00 | 0.00 |

G. Self Employment

   Is Debtor Self Employed?                          N

   Does Debtor Incur Trade Debt?                    Y _____  N _____

   Did Debtor Complete Business Trade Questionnaire?   Y _____  N _____

   Will a Monthly Operating Report be Required?     Y _____  N _____

**3. MONTHLY BUDGET:**   Budgeted Income         5698.00    Available for Plan    928.00
                                     Budgeted Expenses       4770.00    Plan Payments         925.00
                                     Available for Plan       928.00    Excess                  3.00

  A. Does Budget appear reasonable?     Y

     -18 & 22 YR OLDS, HOW LONG DEPENDENT? - unknown
     -$300 REPAIRS SEEMS HIGH -about

  B. Means Test: Is all disposable income applied? (Sec 1325(b)(1)(B))    Y

     -SCH I INCOME FOR D2 IS $750/MO LOWER THAN MT INCOME, WHY? OT
     -SOFA#27 INDICATES LLC STILL OPERATING, STATUS? -was closing at filing
     -RETAINING NUMEROUS VEHICLES, ALL NECESSARY? sold the mer marriner, -not

  C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

     -SCH I INCLUDES ANTICIPATED INCOME FOR DEBTOR, STATUS? - not yet
     -$1200 OVERTIME FOR D2, STEADY? - yes

**4. PLAN:**

  A. Number of months the Plan is expected to last:    36

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 7/11/2021 | 6/11/2024 | 925.00 | MONTHLY | DEBTOR |

  B. Total to be paid into the Plan:    33300.00

  C. Approximate percentage to Unsecureds:    0

  D. Source of Income:    EXPECTED INCOME FROM FUTURE EMPLOYMENT

    Spouse income:    FRITO LAY

  E. Wage Order Sent To:  D2'S EMPLOYER

  F. Payments received to Date:    $925.00
    Will debtor commence payments within 30 days after the plan has been filed?    Y

  G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3)) Y
    If "No", plan cannot be confirmed.

  H. Attorney Fee Requested    4000.00         Paid to Date:    2500.00
    Balance Due Under Plan            1500.00  Approximate months to pay:    2.00
      Trustee recommends amount requested?    Y
      If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    N
  WI WOMENS BUSINESS INITIATIVE FILED AS SECURED - NOT PROVIDED FOR IN PLAN.

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5))  N
  -SEE NOTE ABOVE

K. Does the plan provide for full payment of Priority Debt?    Y
  -NONE

L. Was a Liquidation Analysis Provided By the Debtor? (Sec 1325(a)(5))  N
Unsecureds Do Better Under Chapter: 13

**Under Chapter 7**
| | |
|---|---|
| Assets: | 470700.00 |
| Admin, Security: Priority (ASP) | 273500.00 |
| Exemptions: | 198700.00 |
| Available for UnSec: | -1500.00 |

**Under Chapter 13**
| | | |
|---|---|---|
| Total Paid To Plan: | | 33300.00 |
| A.S.P. Debt: | 273500.00 | |
| Less Direct: | 246000.00 | 27500.00 |
| Trustee Fee on Net A.S.P: | | 1848.99 |
| Amt Avail for Unsec: | | 3951.01 |

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

FREEDOM MORTGAGE CORP
- Claim Ref Number: 5
- Reason: MTGE-HOMESTEAD-3420 AMHURST RD
- Scheduled for: 246,000.00
- Scheduled as: DIRECT
- Filed for: 0.00
- Filed as: Not Filed
- Filed date:
- Objection Filed? No

### Secured

LANDMARK CREDIT UNION
- Claim Ref Number: 6
- Reason: 2017 LINCOLN MKZ
- Scheduled for: 26,000.00
- Scheduled as: Secured
- Filed for: 25,774.92
- Filed as: Secured
- Filed date: 6/16/2021
- Objection Filed? No

**7**

US BANKRUPTCY COURT
- Claim Ref Number: 4
- Reason:
- Scheduled for: 0.00
- Scheduled as: Case Costs
- Filed for: 0.00
- Filed as: Not Filed
- Filed date:
- Objection Filed? No

**8**

DEBTOR
- Claim Ref Number: 2
- Reason:
- Scheduled for:
- Scheduled as: Refund
- Filed for:
- Filed as: Refund
- Filed date: 6/11/2021
- Objection Filed? No

DEBTOR
- Claim Ref Number: 3
- Reason:
- Scheduled for: 0.00
- Scheduled as: Refund
- Filed for: 0.00
- Filed as: Not Filed
- Filed date:
- Objection Filed? No

### Attorney

WADE M. PITTMAN
- Claim Ref Number: 1
- Reason:
- Scheduled for: 1,500.00
- Scheduled as: Attorney
- Filed for:
- Filed as: Not Filed
- Filed date:
- Objection Filed? No

**6. TRUSTEE RECOMMENDATIONS:**

Does Trustee Recommend Confirmation?    N

_____

Trustee Comments:

{ 4I, 4J }
Note: Sch I shows D1 employed and not so.  May impact feasibilty but current at 341 date
Objection issues:
- Missing: lien doc - mortgage
- WI WOMENS BUSINESS INITIATIVE FILED AS SECURED - NOT PROVIDED FOR IN PLAN & no surrender shown

Date Completed:    07/30/2021            /s/ _____
                                          Mark Harring
                                          Standing Chapter 13 Trustee